# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:19−cv−04740−RLY−MPB

| | |
|---|---|
| RUCKER v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al<br>Assigned to: Judge Richard L. Young<br>Referred to: Magistrate Judge Matthew P. Brookman<br>Demand: $5,000,000<br>Cause: 28:1332 Diversity−Personal Injury | Date Filed: 12/02/2019<br>Date Terminated: 01/06/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 360 P.I.: Other<br>Jurisdiction: Diversity |
| Discovery Deadline:<br>Dispositive Motion Deadline: | Settlement Conference:<br>Final Pretrial Conference:<br>Trial Date: |

**Plaintiff**

| | | |
|---|---|---|
| **REGGIE RUCKER**<br>*individually and on behalf of all others similarly situated* | represented by | **Jeffrey L. Raizner**<br>RAIZNER SLANIA LLP<br>2402 Dunlavy Street<br>Houston, TX 77006<br>713−554−9099<br>Fax: 713−554−9098<br>Email: jraizner@raiznerlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | represented by | **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**<br>.<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **BETHUNE−COOKMAN UNIVERSITY, INC.**<br>*a Florida non−profit corporation* | represented by | **BETHUNE−COOKMAN UNIVERSITY, INC.**<br>.<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2019 | 1 | COMPLAINT against All Defendants, filed by All Plaintiffs. (Filing fee $400, receipt number 0756−5746077) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 12/02/2019) |
| 12/02/2019 | 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff REGGIE RUCKER. (Raizner, Jeffrey) (Entered: 12/02/2019) |
| 12/02/2019 | 3 | |

| | | |
|---|---|---|
| | | Summons Issued as to BETHUNE–COOKMAN UNIVERSITY, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (JRB) (Entered: 12/02/2019) |
| 12/02/2019 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (JRB) (Entered: 12/02/2019) |
| 01/06/2020 | 5 | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student–Athlete Concussion Injury Litigation Certified Transfer Order # 25. (MAC) (Entered: 01/06/2020) |
| 01/06/2020 | 6 | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/06/2020) |

**Case #: 1:19–cv–04740–RLY–MPB**